PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

<u>Western District of Texas</u>



## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: <u>Maria Sanchez</u>   Case Number: <u>P-13-CR-613(01)</u>

Name of Sentencing Judicial Officer: <u>Honorable Anthony W. Ishii, U.S. District Judge, Eastern District of California, Fresno Division</u>

Date of Original Sentence: <u>April 6, 2009</u>

Original Offense: <u>Conspiracy to Launder Money, in violation of 18 U.S.C § 1956(h)</u>

Original Sentence: <u>Fifty-seven (57) months custody BOP; three (3) years supervised release</u>

Type of Supervision: <u>Supervised Release</u>   Date Supervision Commenced: <u>March 20, 2012</u>

Assistant U.S. Attorney: <u>Stanley Albert Boone</u>   Defense Attorney: <u>Nicholas Reyes</u>

### PREVIOUS COURT ACTION

On December 4, 2013, jurisdiction of this case was transferred from the ED/CA Fresno Division under Cause No. 1:07CR00334(01) to the WD/TX Pecos Division under Cause No. P-13-CR-613(01).

### PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant shall not commit another federal, state, or local crime. |
| | The defendant shall not reenter the United States without the consent of the Attorney General or the Secretary of the Department of Homeland Security of the United States. |
| Nature of Noncompliance | On or about July 17, 2013, Maria Sanchez was arrested by United States Border Patrol agents in Presidio County, Texas, for being illegally present in the U.S. It was determined the defendant had been previously deported from the U.S. on or about March 20, 2013, through the Brownsville, Texas, Port of Entry. An Indictment was filed in the U.S. District Court, Western District of Texas, Pecos Division, on August 15, 2013, charging the defendant with Entry After Deportation under Cause No. P-13-CR-395(01). On September 25, 2013, the defendant pled guilty to the Indictment. She is awaiting sentencing. |

**U.S. Probation Officer Recommendation:**

The term of supervision should be

- ☒ revoked. (Maximum penalty: __2__ years imprisonment; __3 years__ supervised release; and payment of any unsatisfied monetary sanction previously imposed)

- ☐ extended for _____ years for a total term of _____ years

The conditions of supervision should be modified as follows:

| Approved by: | Respectfully submitted by: |
|---|---|
| *[signature]* | *[signature]* |
| Michael W. McDougall | Amberly Alvarado |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| Telephone: (432) 837-3578 Ext.238 | Telephone: (432) 837-3578 Ext. 233 |
| | Date: December 4, 2013 |

AA

cc: ADCUSPO, Del Rio
James J. Miller, Jr.
Assistant U.S. Attorney

---

THE COURT ORDERS:

- ☐ No action.
- ☒ The issuance of a warrant.
- ☐ The issuance of a summons.
- ☐ Other _____

*[signature]*
Honorable Robert Junell
U.S. District Judge

12-4-13
Date