UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED
JAN 2 9 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| vs. § | Criminal No. 4:13-CR-613-01 RAJ |
| MARIA SANCHEZ § | |

### ORDER REVOKING SUPERVISED RELEASE and RESENTENCING OF DEFENDANT

On this the 22nd day of January, 2014, came on to be heard the Government's Motion for Revocation of Supervised Release granted by virtue of Judgment entered on April 6, 2009, in the above numbered and styled cause.

Defendant appeared in person and was represented by attorney of record, Christopher J. Carlin. The United States was represented by Assistant United States Attorney, Monty Kimball.

After reviewing the motion and the records in this case as well as hearing testimony and arguments of counsel, the Court is of the opinion that said Defendant has violated the provisions of his Supervised Release and that the ends of justice and the best interests of the public and of the Defendant will not be subserved by continuing said Defendant upon Supervised Release. Further, the Court is of the opinion that the Motion for Revocation of Supervised Release should be, and it is hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that the term of Supervised Release of Defendant named above granted by Judgment entered on April 6, 2009 , be, and it is hereby **REVOKED and SET ASIDE** and the Defendant is resentenced as follows:

**The Defendant, MARIA SANCHEZ , is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Six (6) months. This sentence shall run consecutively with the sentence imposed in 4:13-CR-395-01. The Court recommends that the defendant be participate in an education training program, an English as Second Language training program, and a job training program, while incarcerated.**

**A term of Twenty-four (24) months supervised release is imposed, with the following special conditions to be observed as well as all general conditions in the Western District of Texas.**

**1) The Court waives the mandatory drug testing should the defendant be excluded, removed or deported. If not excluded, removed or deported, the defendant shall refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from imprisonment; submit to at least two periodic drug tests thereafter, as directed by the Probation Officer.**

The Clerk will provide the United States Marshal Service with a certified copy of this Order and a certified copy of the Judgment entered on April 6, 2009 to serve as the commitment of the Defendant.

SIGNED this 28 day of January, 2014.

Robert Junell
United States District Judge